Case: 2:10-cv-00077-WOB-CJS   Doc #: 39-1   Filed: 02/11/11   Page: 1 of 9 - Page ID#: 418

**AFFIDAVIT OF ERIC DETERS**

Comes now the affiant, after being duly sworn and cautioned states as follows:

1. Affiant, under oath, will attest that Rob Sanders conduct and actions as the Kenton County Commonwealth Attorney trouble him. Affiant believes he's a dangerous prosecutor. Many will claim it's a political issue. Affiant maintains it is a political issue, but that it is also a legal issue. It's not a personal issue. Up and until the Terry Williams case, affiant had no issue with Rob Sanders.

2. Affiant is not an insecure person. That fact will not shock anyone. Affiant has no time or reason to file any lawsuit to harass, annoy and cause inconvenience. Affiant does and will file a lawsuit and litigate claims in the cause of righting wrongs and pursuing justice for clients who have no other recourse.

3. The attached affidavits detail the history of a group of lawyers who serial bar complaint and file Rule 11 Motions against affiant. There is a connection between all of them. The objective is to cause affiant personal and professional harm. It irritates them when affiant soldiers on and is still willing to take on powerful interests. The conspirators objective is to cause affiant to wimper and walk wounded back on the porch. They have even contacted 700 WLW (unsuccessfully) to harm him there.

4. The modus operandi of the group - file a Rule 11, take a shot, if they are fortunate to find a favorable Court, for whatever basis, they send it to the press. They repeat this process over and over again. They file baseless serial bar complaints too. Affiant

-1-

believes as they slowly add one judge to the cause, other judges simply conclude - well he must be doing things wrong.  In fact, that's exactly what Bill Robinson is doing in his Brief.  In the Terry Williams case, Chris Nordloh filed a Rule 11 against him before Judge Bunning even overruled the Motion for Summary Judgment.  Is that Rule 11?  Chirs Nordloh is the same lawyer involved in the Summe sanction.

5. Phil Taliaferro recruits bar complaints.  Randy Blankenship told Phil Taliaferro about a time Randy and I got in a shouting match at a negotiation (Randy and I get along fine.  We went to law school together.)  Phil encouraged Randy to file a bar complaint.  Randy told me this story.

6. Bob Carran has told Dennis Alerding, Sr. my legal career is over.  (My fight with the Bar Association involves baseless matters which do not jeopardize my legal career.)

7. Rob Sanders is the one with a personal vendetta and conducts "vexatious" actions against affiant, including:

   A. He libeled me on facebook about committing legal malpractice.

   B. During Thanksgiving time, Rob posted on his facebook a turkey with my head on it with bullet holes in it.  (This from a public elected public official.)

   C. He filed a Bar Complaint against me over the Nicole Howell file.  It was dismissed.

   D. His father filed a Bar Complaint against me for suing Rob for libel and claiming I said something false in a pleading.  (Not true.)

8. Under oath, affiant relates the following story which summarizes Rob Sanders as a

prosecutor.

A young boy, four years old, was molested by a daycare worker. The daycare worker was given probation by Rob Sanders. There was no prison time. The father of the boy told affiant he and the mother were not involved in the probation decision. Later, the father was charged by Rob Sanders with a felony on an unrelated matter. Rob demanded three years to serve and five years probation to his lawyer, Deb Davis. The father came to see me to try the case because that's what I do, try cases. We learned Rob Sanders told the victim's advocate or someone told the victim's advocate that if the father fired me and hired Debbie Davis, he'd offer felony diversion. I had him fire me. He hired Debbie Davis at my request and he received felony diversion. I, not Rob Sanders, puts justice for a man ahead of ego.

9. I have a great law practice, good health, a growing radio career, business interests and a wonderful family and great friends. I could care less about Rob Sanders, but for how he prosecutes innocent people. Nicole, Steven and Terry are examples of <u>innocent</u> people being charged with crimes that Rob Sanders knew or should have known to be innocent. It's scary. I'm being accused of cavalier conduct when he's a cavalier prosecutor.

10. The vile, mean, disgusting and false statements left on blogs about affiant are remarkable. Every time there is an article printed by the <u>Enquirer</u>, written by Rob Sanders friend Jim Hannah, the same cowards log onto the blogs and slander and libel affiant. Affiant has attacked Rob Sanders with his conduct as a prosecutor. He has

never attacked his family, his wife or his personal life. (Affiant takes comfort 700 WLW reaches three times the audience in a week as the Enquirer.)

11. As far as deterrence, affiant informed this Court he would not file any more lawsuits against Rob Sanders subject to the ruling in the Sixth Circuit on the Nicole Howell case.

12. Affiant finds it interesting that despite having more cases in Hamilton County and the Southern District of Ohio than in Northern Kentucky (bigger county), no lawyer in these matters has ever, to affiant's recollection, even filed a Motion for Rule 11 or sanctions against him. So, affiant is a "good lawyer" over there and a "bad lawyer" here?

13. Affiant has a history with Bill Robinson too. It's funny. It goes all the way back to when Bill challenged the old law firm to a flag football game. Affiant was a law clerk. Affiant was the quarterback and we beat Bill's firm 10 touchdowns to 2. Bill called Gerald Benzinger the next day to complain about affiant arguing with him.

14. The stories are endless. This week affiant learned a lawyer is "investigating" affiant's relationship with a chiropractor affiant refers cases to. Affiant must assume it is to check if there were kickbacks or something. (There isn't.) A lawyer actually called an employee of mine who worked for the chiropractor. It's hilarious.

15. Someone has sent to lawyers the transcript of my hearing in front of Judge Reeves. My associate received a note from a professor at Chase about it. Her friend received a copy of it. They are even trying to hurt me with my staff. (I attach a copy of my letter to Richard Bales.) I also attach the affidavit in the Reeves matter. This explains that

case. Respectfully, affiant believes Judge Reeves is mistaken on a couple legal points.

16. Bill Robinson has attempted to poison affiant with the Court. Affiant is hopeful this information helps the Court to understand what is really going on in the legal community against affiant. Affiant has two choices - retreat or fight. He will fight.

17. Affiant asks the Court, as the Court has always done to affiant, use its discretion not to sanction affiant.

18. What does it say about me and how my clients love me that after the publication of the Summe sanction, I lost no clients and the calls still pour in. After two brutal articles by the <u>Enquirer</u> on the Judge Reeves matter, I lost no clients as a result of the articles. I am a credit to my profession and the public needs lawyers like me.

Further affiant saith naught.

\s\Eric C. Deters
Eric C. Deters

STATE OF KENTUCKY   )
                    ) ss:
COUNTY OF KENTON    )

Subscribed and sworn to, before me, a Notary Public, in and for said County and State, on this day of February, 2011.

\s\ Loretta Little
NOTARY PUBLIC STATE AT LARGE
My Commission Exp.: December 5, 2011

Q:\Scott, Steven\Affidavit.wpd



Attorneys
Licensed in
Kentucky, Ohio
and Florida

Attorneys At Law

Eric C. Deters
Charles T. Lester, Jr.
Brian P. Gillan
Geoffrey P. Damon
Diane M. Brown
Laura A. Tholke

February 9, 2011

Mr. Richard Bales
Chase Law School
Northern Kentucky University
Nunn Drive
Highland Heights, KY 41099

RE:   Attached

Dear Mr. Bales:

I'm writing to you regarding the note you wrote to Ashley Bolender. Amusing. I note you wrote it on the Center for Excellence in Advocacy notecard. Allow me to advocate a little.

Ashley Bolender law clerked for me. We share a raised on the farm background, passion to help others and propensity to speak colorfully if you know what I mean. She was my favorite and most talented law clerk of probably nearly fifty law clerks from Chase Law School who I helped with a job over the past ten years. I went to Chase, my brothers went to Chase, I believe the six lawyers I employ all went to Chase, all my clerks went to Chase and my daughter was just accepted into Chase.

Ashley is my police and jail misconduct associate. It's all she does for me. She does an outstanding job.

Any person who would read the transcript you sent to Ashley (she already had read it because I had it transcribed), would be able to determine I never threw Ashley under a bus. In fact, as reflected by the Affidavit I filed, Ashley's research was not wrong. Judge Reeves made two mistakes.

I find it beyond offensive that you would send her such a note and state you hoped she wasn't still working for me. She even tells me she doesn't know you. What is so bad about working for me? You don't know me. I suppose with the help of 700WLW, I'm the most recognized lawyer in the tri-state now. Cases roll in the door. They roll in the door despite my enemies libels and slanders and my public battles. And, I take great care of them . My clients love me. I lost no clients over the <u>Enquirer</u> articles about Judge Reeves. I'll resist the details of how I treat clients better than any lawyer I know. You can go to 700WLW.com and on my blog read my bio or ericdeters.com to study up on me. You obviously have great interest on Eric Deters.

5247 Madison Pike
Independence, KY 41051
859-363-1900 • 1-866-960-HURT • Fax: 859-363-1444
eric@ericdeters.com • www.ericdeters.com

You claim to be the head of Advocacy at Chase? I've tried more Plaintiff's cases than any lawyer the last ten years in Kentucky according to the Kentucky Trial Court Review. Throw in my Ohio cases and my criminal cases and I bet I've tried more cases than anyone in the Tri-State the last twenty five years.

Every single day I fight for clients in causes across the board. I take cases pro bono. I discount fees and I take risks others don't take. I'm even willing to publicly fight the Bar Association and sue prosecutors who believe immunity should shield them from misconduct.

My claimed misconduct? Doesn't involve dishonesty, a crime, malpractice, moral turpitude or any shameful act. It all just involves jealous enemies consistent with people like you who write notes and read transcripts.

You're a small pathetic man. I challenge you to a debate anywhere, anytime on any subject matter. Let's debate whether water is wet? I'll take the dry side.

On a final note, because I attended Chase, employ Chase graduates and students, and my daughter will be attending Chase, I will not publicly attack you or your advocacy Center. It's so tempting to make you a Jackwagon on my radio show. I don't belong to the "club" on purpose. Not me. Not my style.

I will close with a funny story. Greta Hoffman taught a class last year at Chase and asked me to speak at the class. A couple of my law clerks were in the class and several of my enemies law clerks were in the class. It was crowded. I came and spoke. Later, I was told by Greta that the students claimed I was the best speaker they had heard their entire law school career. Two of my enemy law clerks sent emails of praise. The moral of the story- having lawyers like me out there is a good thing, not a bad thing for our profession.

From our Bar Association to Chase, our profession is filled with stuffy, stiff, "better than you", boring, jealous, phoney, afraid to take a risk lawyers. It's worse, not better because of it. I'll continue to provide some color and battle on. I'm hopeful Ashley will be along for the ride and Erica will join me soon.

Loyal and Grateful to Chase,

Eric C. Deters

ECD/rr
cc: Dean Dennis Honabach

This publication was prepared by Northern Kentucky University and printed with state funds (KRS 57.375). Equal Education and Employment Opportunities M F D 13524

# NKU CHASE
## COLLEGE OF LAW
### Center for Excellence in Advocacy

Ashley,-

    I can't believe he tried to throw you under the bus like this. Please tell me you're not still working for him.

                            Rich